DAVID KETCHAM, Respondent, *v.* ALBERT V. SAMMIS, Appellant, and JOHN F. WOOD, Respondent, Impleaded with Others.

Reported below, 155 App. Div. 920.
(Submitted June 9, 1913; decided June 17, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 15, 1913, affirming a judgment in favor of respondents herein entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the grounds that the appeal was from an unanimous decision, was unauthorized and presented no question of law for review.

*Thomas Young* for motion.

*Edgar B. Bronson, Jr.,* opposed.

Motion denied, with ten dollars costs.

---

In the Matter of the Application of the CITY OF ROCHESTER, Respondent, to Acquire Certain Lands for the Opening and Widening of Frank Street.

OTIS ELEVATOR COMPANY, Appellant.

(Submitted June 2, 1913; decided June 17, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 188.)